NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3219

KENNETH TOMPKINS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board
in AT0752090033-I-1.

ON MOTION

ORDER

Kenneth Tompkins moves for leave to file his corrected opening brief out of time and to supplement the brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted. Unless Tompkins has already filed the required number of copies of the corrected opening brief, the copies of Tompkins' corrected opening brief are due within 14 days of the date of filing of this order. Tompkins' motion to supplement the brief is moot.

(2)    The United States Postal Service should calculate its brief due date from the date of filing of this order.

FOR THE COURT

DEC 02 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Wayne A. J. Wattley, Esq.
       Michelle A. Windmueller, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 02 2009

JAN HORBALY
CLERK